

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2017

No. 04-17-00459-CV

**IN THE INTEREST OF M.L.C.**, A Child,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02184
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellee's brief was due November 1, 2017. Appellee filed its brief and a motion for extension of time on November 2, 2107. We GRANT appellant's motion for extension of time.

Entered on this 3rd day of November, 2017.

**PER CURIAM**

ATTESTED TO_____
Keith E. Hottle,
Clerk of Court